LEOPOLD LOEB, Appellant, *v.* AUGUSTUS T. CHUR et al., Respondents.

(Argued January 14, 1891; decided February 3, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 9, 1889, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*W. G. Peckham* for appellant.

*Jacob F. Miller* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

HENRY VAN BERGEN, Receiver, etc., Appellant, *v.* ANNA C. YAGER et al., Respondents.

(Argued January 15, 1891; decided February 3, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 21, 1889, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term and affirmed an order denying an application for leave to give further evidence.

*James B. Olney* for appellant.

*John J. Linson* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.